UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JANET FELICIANO, JANET FELICIANO, ETHAN GONZAGA, EDGARDO GONZAGA and JALISA GONZAGA,**

       **Plaintiffs,**

v.   Case No. 6:22-cv-394-CEM-LHP

**THE CITY OF ORLANDO, WILLIAM JIMENEZ, LUKE AUSTIN, JOHN EARLE, and MICHAEL BROWN,**

       **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on the Mediation Report (Doc. 26), which advises the Court that the above-styled action has been settled.

Accordingly, it is **ORDERED** and **ADJUDGED** that this cause is **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, upon good cause, to move the Court to re-open the case in accordance with Local Rule 3.09(b). The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on August 8, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record